AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOSKOWITZ, Barry T. | Southern District of California | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief, U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1580
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | San Diego Chapter of the Federal Bar Association |
| 2. | Power of Attorney for family member (managing assets and paying bills) | |
| 3. | Trustee | Family Trust A |
| 4. | Trustee | Family Trust B |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | California State Teachers Retirement System - Pension |
| 2. | 2016 | San Diego Unified School District Supplemental Retirement Annuity from Pacific Life Insurance Company |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Revolving Credit Card Accounts (2) | J |
| 2. | Barclay Card Visa | Revolving Credit Card Account (1) | K |
| 3. | Citi Card | Revolving Credit Card Account (1) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Cabrillo Credit Union (accounts) | A | Interest | K | T | | | | | |
| 2.  CA Teachers Retirement System | | None | K | T | | | | | |
| 3.  Ford Common Stock | A | Dividend | J | T | | | | | |
| 4.  Wells Fargo Bank | A | Interest | K | T | | | | | |
| 5.  Apple Common Stock | A | Dividend | J | T | | | | | |
| 6.  San Diego County Credit Union (Trust A) | A | Interest | K | T | | | | | |
| 7.  U.S. Bank (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 8.  Wells Fargo Bank (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 9.  Schwab brokerage money market (Trust A) | A | Interest | M | T | | | | | |
| 10. Black Rock Enhanced (BDJ) Common Stock (A) | A | Dividend | | | Sold | 11/04/16 | J | | |
| 11. Charles Schwab Corp. (SCHW) Common Stock (A) | A | Dividend | | | Sold | 11/04/16 | J | B | |
| 12. Merck & Co. Common Stock (MRK) (A) | A | Dividend | | | Sold | 11/04/16 | J | C | |
| 13. Mondelez Int L Common Stock (MDLZ) (A) | A | Dividend | | | Sold | 04/01/16 | J | C | |
| 14. Neenah Paper Inc. (NP) Common Stock (A) | A | Dividend | | | Sold | 04/01/16 | J | D | |
| 15. Pfizer Incorporated (PFE) Common Stock (A) | A | Dividend | | | Sold | 04/01/16 | J | B | |
| 16. Wal-Mart Stores, Inc. (WMT) Common Stock (A) | A | Dividend | | | Sold | 11/04/16 | J | A | |
| 17. American Century CA (BCITX) Bond Fund (A) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard CA Inter Term Bond Fund (VCADX) (A) | B | Dividend | K | T | | | | | |
| 19. Vanguard Inflation Bond Fund (VAIPX) (A) | A | Distribution | K | T | | | | | |
| 20. | A | Dividend | | | | | | | |
| 21. Harbor Internation equity fund (HIINX) (A) | | None | | | Sold | 11/04/16 | J | | |
| 22. Parnassus Core Equity Fund (PRBLX) (A) | A | Dividend | | | Sold | 11/04/16 | K | | |
| 23. Vanguard IntL Explorer equity fund (VIN EX) (A) | | None | | | Sold | 11/04/16 | J | | |
| 24. I Shares MSCI EAFE ETF (EFA) (A) | A | Dividend | K | T | | | | | |
| 25. Select STR Financial ETF (XLF) (A) | A | Dividend | K | T | | | | | |
| 26. SPDR Fund Consumer ETF (XLY) (A) | A | Dividend | | | Sold | 11/04/16 | K | B | |
| 27. SPDR S&P Mid Cap 400 ETF (MDY) (A) | A | Dividend | K | T | | | | | |
| 28. SPDR S&P 500 ETF (SPY) (A) | A | Dividend | K | T | Sold (part) | 04/01/16 | K | D | |
| 29. Technology Select Sector ETF (XLK) (A) | A | Dividend | | | Sold (part) | 04/01/16 | J | D | |
| 30. | | | | | Sold | 11/04/16 | K | D | |
| 31. I Shares Core S&P small cap ETF (IJR) (A) | A | Dividend | K | T | Buy | 04/01/16 | K | | |
| 32. Real Estate Select SCTR ETF (XLRE) (A) | A | Dividend | | | Sold | 11/04/16 | J | | |
| 33. Schwab Bank account (B) | A | Interest | L | T | | | | | |
| 34. Schwab Trust B brokerage money market (B) | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer, Inc. (PFE) Common Stock (B) | A | Dividend | | | Sold | 04/01/16 | J | A | |
| 36. TEVA Pharm. Ind (teva) Common Stock (B) | A | Dividend | | | Sold | 11/04/16 | J | | |
| 37. American Century Inter (twtix) bond fund (B) | C | Int./Div. | M | T | | | | | |
| 38. Doubleline EMRG MKTS (DLENX) bond fund (B) | B | Dividend | K | T | | | | | |
| 39. Ridgeworth SEIX INVT bond fund (STTBX) (B) | B | Distribution | L | T | | | | | |
| 40. | B | Dividend | | | | | | | |
| 41. Schwab CA Tax Free Bond Fund (SWCAX) (B) | A | Distribution | M | T | | | | | |
| 42. | C | Dividend | | | | | | | |
| 43. USAA Tax Exempt Inter bond fund (USATX) (B) | C | Int./Div. | M | T | | | | | |
| 44. Vanguard CA Inter Term bond fund (VCADX) (B) | D | Int./Div. | M | T | | | | | |
| 45. Dodge & Cox Int'L stock fund (DODFX) (B) | | None | | | Sold | 11/04/16 | J | | |
| 46. Parnassus Core EQTY stock fund (PRBLX) (B) | A | Distribution | J | T | Sold (part) | 11/04/16 | J | C | |
| 47. | A | Dividend | | | | | | | |
| 48. Vanguard Equity Income stock fund (VEIRX) (B) | A | Dividend | | | Sold (part) | 04/01/16 | J | C | |
| 49. | | | | | Sold | 11/04/16 | K | D | |
| 50. Wells Fargo Growth Stock Fund (SGRCZ) (B) | | None | | | Sold | 04/01/16 | J | B | |
| 51. I Shares Select DIV. A ETF fund (DVY) (B) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SP DR S&P DIV. ETF fund (SDY) (B) | A | Distribution | K | T | | | | | |
| 53. | A | Dividend | | | | | | | |
| 54. Vanguard REIT ETF fund (VNQ) (B) | A | Dividend | | | Buy | 04/01/16 | J | | |
| 55. | | | | | Sold | 11/04/16 | J | | |
| 56. General Electric Common Stock sold 2015. Dividend received in 2016 (B) | A | Dividend | | | | | | | |
| 57. American Century High MUN bond fund (ABHYX) (B) | B | Int./Div. | K | T | Buy | 04/01/16 | K | | |
| 58. Vanguard High Yield Corp. bond fund (VWEAX) (B) | A | Distribution | L | T | Buy | 04/01/16 | K | | |
| 59. | B | Dividend | | | | | | | |
| 60. Vanguard Global EXP ETF (VNQi) (B) | A | Dividend | | | Buy | 04/01/16 | K | | |
| 61. | | | | | Sold | 11/04/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MOSKOWITZ, Barry T. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

In 2016, I became the successor trustee for one of my family members who is the beneficiary of the trusts, therefore, the assets of the trusts are listed for the first time this year. I also started acting as power of attorney for the same family member in 2016. Pursuant to the Instruction on page 9, the investment assets subject to the power of attorney were not reported. The assets in Trusts A and B are denoted by (A) and (B) respectively.

Line 56 - All the General Electric stock was sold in 2015, but a dividend was received in 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barry T. MOSKOWITZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544